USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 7 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ORLANDO ADAMES,

                     Plaintiff,

   -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS,

                     Defendant.
------------------------------------------------------------x

ORDER
07 Civ. 04021 (GBD)

GEORGE B. DANIELS, District Judge:

    Plaintiff's time to respond to defendant's motion to dismiss (filed and served on September 14, 2007) is extended to January 15, 2008.

Dated: New York, New York
       December 7, 2007

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge