**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ORLANDO ADAMES,

                Plaintiff,                      07 **CIVIL** 4021 (GBD)

      -against-                           **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
CORRECTIONS,
                Defendant.
-----------------------------------------------------------------X

**SCANNED**

       Defendant having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on July 11, 2008, having rendered its Memorandum Decision and Order granting defendant's motion to dismiss and dismissing the case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 11, 2008, defendant's motion to dismiss is granted and the case is dismissed.

**Dated:** New York, New York
          July 22, 2008

                                          **J. MICHAEL McMAHON**
                                             Clerk of Court
                        BY:
                                              **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____