# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____

------------------------------------------------------------

Adames

USCA NO. _____

SDNY NO. __07cv4021__
JUDGE: ___GBD___
DATE: _9 / 3 / 2008_

-v-

N.Y.C. Department of Corrections

------------------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
FIRM _____APPEALS SECTION_____
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES --------------------------------

DOCUMENTS                                                    DOC#

_____
Clerk's Certificate
_____
See Attached List of Numbered Documents
_____
Only Circled Documents Included
_____

( ✓ ) Original Record                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __3rd__ Day of __September__, 2008.

**United States District Court for the Southern District of New York**

------------------------------------------------

Orlando Adames

-V-

N.Y.C Department of Corrections

------------------------------------------------

Date: __9/3/2008__

U.S.C.A. # _____

U.S.D.C. # __07cv4021__

D.C. JUDGE __GBD__

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __22__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**            **Document Description**

__**Balance of Files Missing At This Time__

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __3rd__ Day of __September__ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233rd year.

J. Michael McMahon, Clerk

By _____

**Deputy Clerk**

APPEAL, CLOSED, PLRA, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04021-GBD
### Internal Use Only

Adames v. N.Y.C. Department of Corrections  
Assigned to: Judge George B. Daniels  
Cause: 42:1983 Civil Rights Act

Date Filed: 05/23/2007  
Date Terminated: 07/14/2008  
Jury Demand: None  
Nature of Suit: 555 Prisoner: Prison Condition  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2007 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. (Signed by Judge Kimba M. Wood on 5/22/7) (laq) (Entered: 06/01/2007) |
| 05/23/2007 | 2 | COMPLAINT against N.Y.C. Department of Corrections. Document filed by Orlando Adames.(laq) (Entered: 06/01/2007) |
| 05/23/2007 |   | SUMMONS ISSUED as to N.Y.C. Department of Corrections. (laq) (Entered: 06/01/2007) |
| 05/23/2007 |   | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 06/07/2007) |
| 06/20/2007 | 3 | PRO SE MEMORANDUM dated 6/21/07 re: CHANGE OF ADDRESS for Orlando Adames. New Address: 07-R-2208, Ulster Corr. Fac., PO Box 800, Napanoch, NY, 12458. (tro) (Entered: 06/28/2007) |
| 06/22/2007 |   | SUMMONS ISSUED as to N.Y.C. Department of Corrections. (tro) (Entered: 06/27/2007) |
| 06/25/2007 |   | Case Designated PLRA purs. to Prison Litigation Reform Act Section 7(2)(g)(2). (tro) (Entered: 06/27/2007) |
| 06/27/2007 | 4 | PRO SE MEMORANDUM dated 6/28/2007 re: CHANGE OF ADDRESS for Orlando Adames. New Address: (07-R-2208), Oneida Correctional Facility, P.O. Box 4580, Rome, NY, 13442. (jar) (Entered: 07/05/2007) |
| 08/24/2007 | 5 | NOTICE OF CASE REASSIGNMENT to Judge George B. Daniels. Judge Harold Baer is no longer assigned to the case. (js) (Entered: 08/28/2007) |
| 08/30/2007 | 6 | NOTICE OF APPEARANCE by Martha Anne Calhoun on behalf of N.Y.C. Department of Corrections (tro) (Entered: 08/31/2007) |
| 09/14/2007 | 7 | MOTION for an order purs. to Rule 12(b)(6) and 12(b)(1) of the FRCP dismissing the complaint on the ground that it fails to state a claim upon which relief may be granted. Document filed by N.Y.C. Department of Corrections.(dle) (Entered: 09/17/2007) |
| 09/14/2007 | 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Dismiss. Document filed by N.Y.C. Department of Corrections. (dle) (Entered: 09/17/2007) |
| 09/14/2007 | 9 | DECLARATION of Deborah A. Dorfman in Support re: 7 MOTION to Dismiss.. Document filed by N.Y.C. Department of Corrections. (dle) (Entered: 09/17/2007) |
| 09/26/2007 | 10 | PRO SE MEMORANDUM dated 9/28/07 re: CHANGE OF ADDRESS for Orlando Adames. New Address: 07-R-2208, Arthur Kill Corr. Fac., 2911 Arthur Kill Rd., Staten Island, NY, 10309. (tro) (Entered: 10/01/2007) |
| 10/01/2007 | 11 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. N.Y.C. Department of Corrections served on 9/11/2007, answer due 10/1/2007. Service was accepted by Tameka Gammon (Docket Clerk). Document filed by Orlando Adames. (js) (Entered: 10/03/2007) |
| 12/07/2007 | 12 | ORDER Reset Deadline as to 7 MOTION to Dismiss:(Plaintiff's Response due by 1/15/2008) (Signed by Judge George B. Daniels on 12/7/07) (cd) (Entered: 12/07/2007) |
| 01/14/2008 | 13 | REPLY to Response to Motion re: 7 MOTION to Dismiss. Document filed by Orlando Adames. (djc) (Entered: 01/18/2008) |
| 01/14/2008 | 14 | MEMORANDUM OF LAW in Opposition re: 7 MOTION to Dismiss. Document filed by Orlando Adames. (djc) (Entered: 01/18/2008) |
| 01/22/2008 | 15 | DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS. Document filed by N.Y.C. Department of Corrections. (dle) (Entered: 01/24/2008) |
| 01/22/2008 | 16 | NOTICE OF APPEARANCE by Deborah Alyse Dorfman on behalf of N.Y.C. Department of Corrections. (dle) (Entered: 01/24/2008) |
| 04/03/2008 | 17 | PRO SE MEMORANDUM dated 4/3/2008 re: CHANGE OF ADDRESS for Orlando Adames. New Address: # 07R2208, Oneida Correctional Facility, P.O.Box 4580, Rome, New York, 13442. (jmi) (Entered: 04/07/2008) |
| 06/20/2008 | 18 | PRO SE MEMORANDUM dated 6/18/08 re: CHANGE OF ADDRESS for Orlando Adames. New Address: Din # 07R2208, Downstate Correctional Facility, PO Box F, Fishkill, NY, 12524. (tro) (Entered: 06/20/2008) |
| 07/10/2008 | 19 | PRO SE MEMORANDUM dated 7/10/08 re: CHANGE OF ADDRESS for Orlando Adames. New Address: 07R2208, Pike County Correctional Facility, 175 Pike County Blvd., Lordsvalley, NY, 18428. (tro) (Entered: 07/11/2008) |
| 07/14/2008 | 20 | MEMORANDUM DECISION AND ORDER For the reasons set forth in this Memorandum Decision and Order, defendants motion to dismiss is granted. This case is dismissed. (Signed by Judge George B. Daniels on 7/11/08) (mme) (Entered: 07/14/2008) |
| 07/21/2008 |   | Transmission to Judgments and Orders Clerk. Transmitted re: 20 Memorandum & Opinion, to the Judgments and Orders Clerk. (mme) (Entered: 07/21/2008) |
| 07/22/2008 | 21 | CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum Decision and Order dated July 11, 2008, defendants motion to dismiss is granted and the case is dismissed. (Signed by J. Michael McMahon, clerk on 7/22/08) (Attachments: # 1 Notice of right to appeal)(ml) (Entered: 07/22/2008) |

| | | |
|---|---|---|
| 07/22/2008 | | Mailed notice of Right to Appeal re: 21 Clerk's Judgment, to Pro Se Litigant(s): Orlando Adames and to Attorney(s) of Record: Martha Anne Calhoun, Deborah Alyse Dorfman. (ama) (Entered: 07/23/2008) |
| 08/21/2008 | 22 | NOTICE OF APPEAL from 21 Clerk's Judgment. Document filed by Orlando Adames. Copies mailed to attorney(s) of record: Corporation Counsel.(tp) (Entered: 09/02/2008) |
| 08/21/2008 | | Appeal Remark as to 22 Notice of Appeal filed by Orlando Adames. NO FEE. IFP GRANTED 5/22/07.(tp) (Entered: 09/02/2008) |
| 09/02/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 22 Notice of Appeal. (tp) (Entered: 09/02/2008) |
| 09/02/2008 | | Transmission of Notice of Appeal to the District Judge re: 22 Notice of Appeal. (tp) (Entered: 09/02/2008) |